ACCEPTED
03-14-00479-CV
4450708
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/11/2015 9:42:29 AM
JEFFREY D. KYLE
CLERK

IN THE COURT OF APPEALS FOR THE
THIRD JUDICAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/11/2015 9:42:29 AM

JEFFREY D. KYLE
Clerk

**KIM BLACKSTON CLOGSTON** §
§
§
§
**V.** § Case No. 03-14-00479-CV
§
**CURTIS P. CLOGSTON** §
§

## MOTION TO EXTEND TIME TO FILE
## APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Kim Blackston Clogston, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure and Local Rule 51 Motion to Extend Time, and for good cause shows the following:

1.     This case is on appeal from the 421st Judicial District Court of CALDWELL County, Texas.

2.     The case below was styled the KIM BLACKSTON CLOGSTON V CURTIS P. CLOGSTON, and numbered 05 D 540.

3.     Appellee is Curtis P. Clogston.

4.     Notice of appeal was given on OCTOBER 1, 2014.

5.     Appellant's counsel presents this motion because an associate attorney for David K. Sergi & Associates, P.C., has been in and out of the hospital due to ongoing medical issues associated to her high-risk pregnancy.   Appellant's attorney has had to deal with unexpected medical issues associated with his daughter that have prevented completion of the brief.

6.     Counsel for Appellant respectfully requests an extension of two weeks or until March 25, 2015 so that he may spend the necessary time in preparing the opening brief in this matter.

This motion is believed to be opposed by Appellee. Counsel for Appellee, Henry Newton Bell, III, Attorney at Law, has previously stated that he does not consent to the filing of any motion for extension of time. Appellant represents that he has exercised diligence and will file the Appellant's Brief within the time requested.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court enter an order extending the due date for filing the Appellant's Brief to March 25, 2015.

Respectfully submitted,

Sergi and Associates P.C.


By: */s/ David Sergi*
David K. Sergi
State Bar No. 18036000

329 South Guadalupe Street
San Marcos, Texas 78666
Tel: 512 392 5010
Fax: 512 392 5042
E-Mail: david@sergilaw.com

**ATTORNEY FOR**
**KIM BLACKSTON CLOGSTON**

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.5(b) I certify that my staff attempted to confer with Henry Newton Bell, III, counsel for Appellee regarding any opposition to our Motion to Extend Time to File Appellant's Brief.

*/s/ David Sergi*
David K. Sergi

## CERTIFICATE OF SERVICE

This is to certify that on March 11, 2015, a true and correct copy of the above and foregoing document was served on the following: Henry Newton Bell, III, at (512) 458-2354, via facsimile.

*/s/ David Sergi*
David K. Sergi